**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 472 MAL 2018

       Respondent

              :    Petition for Allowance of Appeal from
              the Order of the Superior Court

       v.

HASAN BROWN,

       Petitioner


COMMONWEALTH OF PENNSYLVANIA,    :    No. 473 MAL 2018

       Respondent

              :    Petition for Allowance of Appeal from
              the Order of the Superior Court

       v.

HASAN BROWN,

       Petitioner


COMMONWEALTH OF PENNSYLVANIA,    :    No. 474 MAL 2018

       Respondent

              :    Petition for Allowance of Appeal from
              the Order of the Superior Court

       v.

HASAN BROWN,

       Petitioner

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 3rd day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.